USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PAMELA WILLIAMS, on behalf of herself and all others similarly situated,

                          Plaintiff,

-against-

MIELE, INCORPORATED,

                          Defendant.
-----------------------------------------------------------------X

1:20-cv-4794-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than one week prior to the initial pretrial conference. Dkt. No. 6. On September 25, 2020, the Court adjourned the October 5, 2020 initial pretrial conference to October 16, 2020, and directed the parties to submit their joint materials by no later than October 9, 2020. Dkt. No. 10. Having received no submissions from the parties, on October 10, 2020, the Court ordered the parties to submit their joint materials forthwith, and in no event later than October 14, 2020. Dkt. No. 11. The Court has not received the parties' submissions.

The parties are again directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than October 15, 2020.

Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated:  October 15, 2020
New York, New York

                                                         _____
                                                          GREGORY H. WOODS
                                                    United States District Judge